DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS ARMENTA-AMBRIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>         Plaintiff,  )<br>              )<br>         v.   )<br>              )<br>JESUS ARMENTA-AMBRIZ    )<br>              )<br>         Defendant.  )<br>              )<br>_____) | Cr.S. 08-461-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: February 13, 2009<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through TODD D. LERAS, Assistant U.S. Attorney, and defendant, JESUS ARMENTA-AMBRIZ by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the status conference set for Friday, January 9, 2009, be continued to Friday, February 13, 2009 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for February 13, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 14, 2009    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /S/ Lauren D. Cusick
                                        LAUREN D. CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JESUS ARMENTA-AMBRIZ

DATED: January 14, 2009    LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ Lauren D. Cusick for
                                        TODD D. LERAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 13, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 14, 2009.    /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge