DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS ARMENTA-AMBRIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> JESUS ARMENTA-AMBRIZ             )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____) | Cr.S. 08-461-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 13, 2009<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through TODD D. LERAS, Assistant U.S. Attorney, and defendant, JESUS ARMENTA-AMBRIZ by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the status conference set for Friday, February 13, 2009, be continued to Friday, March 13, 2009 at 10:00 a.m.

   The parties are negotiating a resolution to the case and need additional time to meet and discuss specific aspects of that resolution.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 13, 2009

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).
3
4  DATED: February 12, 2009     Respectfully submitted,
5                               DANIEL J. BRODERICK
                                Federal Defender
6
                                /S/ Lauren D. Cusick
7                               LAUREN D. CUSICK
                                Assistant Federal Defender
8                               Attorney for Defendant
                                JESUS ARMENTA-AMBRIZ
9
10
   DATED: February 12, 2009     LAWRENCE G. BROWN
11                              United States Attorney
12
                                /s/ Lauren D. Cusick for
13                              TODD D. LERAS
                                Assistant U.S. Attorney
14                              Attorney for Plaintiff
15
16
                                **O R D E R**
17
     **IT IS SO ORDERED.**  Time is excluded from today's date through and
18
   including March 13, 2009 in the interests of justice pursuant to 18
19
   U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
20 T4.
21 DATED: Feb. 12, 2009.           /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
22                                 United States District Judge
23
24
25
26
27
28

2