1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Staff Attorney
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JESUS ARMENTA-AMBRIZ
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     ) No. 08-CR-461-EJG
                                 )
11            Plaintiff,         ) STIPULATION AND ORDER
                                 )
12      v.                       ) Date: May 15, 2009
                                 ) Time: 10:00 a.m.
13 JESUS ARMENTA-AMBRIZ,         ) Judge: Hon. Edward J. Garcia
                                 )
14            Defendant.         )
   _____)
15

16      IT IS HEREBY STIPULATED by the parties, through counsel, Todd D.

17 Leras, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Armenta, that the Court should vacate the status

19 conference scheduled for May 15, 2009, at 10:00 a.m., and reset it for

20 June 19, 2009, at 10:00 a.m.

21      Counsel for Mr. Armenta, who has just become attorney of record,

22 requires the continuance in order to review discovery fully, and to

23 become familiar with the issues this case presents.  The parties

24 continue to negotiate specific aspects of a resolution.

25      It is further stipulated between the parties that the Court should

26 exclude the period from the date of this order through June 19, 2009,

27

28 STIPULATION AND [PROPOSED ORDER]      1              08-CR-461-EJG

when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Armenta's request for a continuance outweigh the best interest of the public and Mr. Armenta in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: May 14, 2009  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Staff Attorney
Attorneys for Defendant

Dated: May 14, 2009  LAWRENCE G. BROWN
Acting United States Attorney

/s/ M.Petrik for Todd D. Leras
   (by consent via telephone)
_____
TODD D. LERAS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

DATED:__MAY 14, 2009_____   /s/ Edward J. Garcia_____
                                  HON. EDWARD J. GARCIA
                                  United States District Judge