```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorneys for Defendant
    JESUS ARMENTA-AMBRIZ
 7
```

**FILED**
JUL 27 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-CR-461-EJG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~ ORDER] |
| v. | Date: July 31, 2009 |
| JESUS ARMENTA-AMBRIZ, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Armenta, that the Court should vacate the status conference scheduled for July 31, 2009, at 10:00 a.m., and reset it for September 25, 2009, at 10:00 a.m.

Counsel for Mr. Armenta requires the continuance in order to review discovery fully, and to become familiar with the issues this case presents. The parties continue to negotiate specific aspects of a resolution.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through September 25,

STIPULATION AND [PROPOSED ORDER]                 1                           08-CR-461-EJG

1  2009, when it computes the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial
3  Act. The parties stipulate that the ends of justice served by granting
4  Mr. Armenta's request for a continuance outweigh the best interest of
5  the public and Mr. Armenta in a speedy trial, and that this is an
6  appropriate exclusion of time for defense preparation within the
7  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

8  Dated: July 16, 2009                Respectfully submitted,

9                                       DANIEL BRODERICK
                                        Federal Defender
10
                                        /s/ M.Petrik
11                                      _____
                                        MICHAEL PETRIK, Jr.
12                                      Assistant Federal Defender
                                        Attorneys for Defendant
13

14 Dated: July 16, 2009                 LAWRENCE G. BROWN
                                        Acting United States Attorney
15
                                        /s/ M.Petrik for Todd D. Leras
16                                            (consent via email)

17                                      _____
                                        TODD D. LERAS
18                                      Assistant U.S. Attorney

19                                   **ORDER**

20  **IT IS SO ORDERED.** The Court orders time excluded from the date of
21  this order through the status conference on September 25, 2009,
22  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

23

24  DATED: __7/24/09__                  _____
                                        HON. EDWARD J. GARCIA
25                                      United States District Judge

26

27

28  STIPULATION AND [PROPOSED ORDER]        2                    08-CR-461-EJG