```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   JESUS ARMENTA-AMBRIZ
7
```



FILED
APR 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-461 EJG |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~ ORDER] |
| v. ) | Date:  April 23, 2010 |
|  ) | Time:  10:00 a.m. |
| JESUS ARMENTA-AMBRIZ, ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Armenta, that the Court should vacate the trial confirmation hearing scheduled for April 23, 2010, at 10:00 a.m., and vacate the trial set for May 10, 2010, at 9:00 a.m., reset this case for status conference on May 7, 2010, at 10:00 a.m.

    The parties continue to negotiate a resolution. Counsel for Mr. Armenta anticipates that the case will resolve short of trial; however, counsel requires additional time to finalize negotiations and confer with Mr. Armenta. The negotiation process has proceeded slowly because Mr. Armenta is housed in Butte County Jail.

STIPULATION AND [PROPOSED ORDER]            1                          08-461 EJG

1  It is further stipulated by the parties that the Court should
2  exclude the period from the date of this order through May 7, 2010,
3  when it computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting Mr.
6  Armenta's request for a continuance outweigh the best interest of the
7  public and Mr. Armenta in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: April 13, 2010              Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant

16 Dated: April 13, 2010              BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for Todd D. Leras
                                      _____
                                      TODD D. LERAS
                                      Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**  The Court orders time excluded from the date of
this order through the status conference on May 7, 2010, pursuant to 18
U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: 4/13/10                        _____
                                      HON. EDWARD J. GARCIA
                                      United States District Judge

STIPULATION AND [PROPOSED ORDER]      2                    08-461 EJG