1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorneys for Defendant
JESUS ARMENTA-AMBRIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-461 EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: May 28, 2010 |
|  | ) Time: 10:00 a.m. |
| JESUS ARMENTA-AMBRIZ, | ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by the parties, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Armenta, that the Court should vacate the status conference scheduled for May 28, 2010, at 10:00 a.m., and reset it for June 25, 2010, at 10:00 a.m.

   The parties continue to negotiate a resolution.  Counsel for Mr. Armenta anticipates that the case will resolve short of trial; however, counsel requires additional time to finalize negotiations and confer with Mr. Armenta.  The negotiation process has proceeded slowly because Mr. Armenta is housed in Butte County Jail, and because of scheduling conflicts between defense counsel and a Spanish interpreter.

STIPULATION AND [PROPOSED ORDER]          1                    08-461 EJG

Case 2:08-cr-00461-EJG   Document 32   Filed 05/27/10   Page 2 of 2

It is further stipulated by the parties that the Court should exclude the period from the date of this order through June 25, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Armenta's request for a continuance outweigh the best interest of the public and Mr. Armenta in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: May 25, 2010                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant

Dated: May 25, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Todd D. Leras
                                       _____
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: May 25, 2010                    /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       United States District Judge

STIPULATION AND [PROPOSED ORDER]       2                        08-461 EJG