**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:      October 19, 2010

TO:        Colleen Lydon, Courtroom Deputy to the Hon. Edward J. Garcia

FROM:      Michael Petrik, Jr., Assistant Federal Defender

SUBJECT:   United States v. Armenta-Ambriz, No. 08-461-EJG
           JUDGMENT AND SENTENCING CONTINUANCE

---

    This is to request that the Court vacate the sentencing set for October 22, 2010, at 10:00 a.m., and reset it for **November 5, 2010, at 10:00 a.m.**  The United States Attorney's Office, and United States Probation, have no objection to the new date.


Dated:  October 18, 2010


       IT IS ORDERED.

          /s/ Edward J. Garcia
          EDWARD J. GARCIA
          United States District Judge